160 A.3d 554

**METTER, Philip**

v.

**STATE of Maryland**

**Pet. Docket No. 40, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

(No. 03–K–16–005777, Circuit Court for Baltimore County).

Petition for writ of certiorari denied.

■

160 A.3d 554

**MORANCY**

v.

**O'SULLIVAN, BRADY, THEOLOGOU, ELEFANT, BROWN AND CURRY**

**Pet. Docket No. 622, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Dismissed by the Court of Special Appeals (No. 1293, Sept. Term, 2016).

Petition for writ of certiorari dismissed.